UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                        Case No. 23-30407
                                         Originating No.  1:23-cr-00462

**BRANDON KIMBROUGH,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **BRANDON KIMBROUGH,** to answer to charges pending in another federal district, and states:

1. On **October 6, 2023,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohio based on an Indictment**.  Defendant is charged in that district with violations of **18 U.S.C, Sections 371, and 922(g)(1) –Conspiracy to engage in the business of dealing in Firearms without a license and Felon in Possession.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

>
> Respectfully submitted,
>
> DAWN N. ISON
> United States Attorney
>
> s/CHRISTOPHER RAWSTHORNE
> Christopher Rawsthorne
> Assistant U.S. Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> (313) 226-9100

Dated: October 6, 2023